**Appeal Dismissed and Memorandum Opinion filed October 24, 2017.**



**In The**

# Fourteenth Court of Appeals

_____

### NO. 14-17-00270-CV

_____

## WILLIAM DURHAM, Appellant

## V.

## LORI DAVIS, ET AL, Appellee

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 82329-I**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed March 20, 2017. The clerk's record was filed July 14, 2017. On April 13, 2017, the court reporter indicated there is no reporter's record in this case. No brief was filed by appellant.

On August 24, 2017, this court issued an order stating that unless appellant submitted a brief on or before September 25, 2017, the court would dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Brown, and Wise.